IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 10-20738
DIKA-LAKEVIEW, LLC, ) Chapter 11
an Illinois Limited Liability Company, ) Judge Wedoff
)
Debtor/Debtor-in-Possession. )

## SECOND ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF

AT Chicago, Illinois in said District before the Honorable Eugene R. Wedoff, Bankruptcy Judge, this 23 day of June, 2010:

THIS MATTER COMING TO BE HEARD upon the Motion of DIKA-LAKEVIEW, an Illinois limited liability company, Debtor/Debtor-in-Possession herein, For Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A to the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; Wells Fargo Bank, N.A., as Trustee for the registered holders of GE Commercial Mortgage Corporation, Commercial Mortgage Pass-Through Certificates, Series 2004-C3, by and through CW Capital Asset Management LLC, a Massachusetts limited liability company, in its capacity as special servicer pursuant to that certain Pooling and Servicing Agreement, dated as of July 1, 2004 ("Lender") having consented to the entry of this Order; this Court having entered a prior Order Authorizing Interim Use of Cash Collateral And Granting Related Relief; and this Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) The Debtor is authorized to use cash collateral during the period June 6, 2010, through June 26, 2010, in the amount of $23,497.82;

B) In return for the Debtor's continued interim use of cash collateral, Lender is granted the following adequate protection for its purported secured interests:

1. The Debtor will permit the Lender to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

3. The Debtor shall, upon reasonable request, make available to the Lender evidence of that which constitutes its collateral or proceeds; and

4. The Debtor will properly maintain the Property in good repair and properly manage such Property.

C) Lender's consent is for this Order only and is without prejudice to Lender's right to object to the further use of cash collateral by the Debtor for any purpose and to the Debtor's right to defend against any such objections and to object to the Lender's liens and claims.

D)  A final hearing on the Motion is scheduled before this Court on  6/23 , 2010, at 10:00 a.m.

ENTER: *[signature]*
- 2 JUN 2010

**DEBTOR'S COUNSEL**:
David K. Welch, Esq.
(Atty. No. 06183621)
Arthur G. Simon, Esq.
(Atty. No. 03124481)
Jeffrey C. Dan, Esq.
(Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\GRACE\Dika-Lakeview CH11\Cash Collateral.ORD.No2.wpd

-3-

# Exhibit A

Lakeview Square Shopping Center
Statement of Cash Flow and Expenses

| Week Ending | 6/12/2010 | 6/19/2010 | 6/26/2010 |
|---|---|---|---|
| **Opening Cash** | $114,079.25 | $ 91,878.49 | $ 93,128.49 |
| Anticipated Rental Income | | | |
| Zano's | | | |
| Lakeview Cleaners | | | |
| Dr. Lakota | | | |
| Help U Sell | | | |
| Fontano's | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 |
| Post Net | | | |
| Advanced Health & Physicians | | | |
| **Total Rental Income** | $115,329.25 | $ 93,128.49 | $ 94,378.49 |
| Anticipated Expenses | | | |
| ASP Realty, Inc. (Easement Agreement with Jewel, paid monthly) | | | |
| Nicor (gas for vacant units) | | | |
| Waste Management (Monthly biweekly trash removal) | | | |
| One North Star (common area cleaning) | $ 1,095.00 | | |
| City of Naperville (water and electric) | $ 546.35 | | |
| Edgemark Asset Management LLC (management fee) | $ 1,710.41 | | |
| American Backflow (annual RPZ inspection) | | | |
| Omni Commercial Services (power washing of sidewalks) | | | |
| MSP Plumbing (sewer line jetting) | | | |
| Administrative Fees (reimbursable to Edgemark) | | | $ 47.06 |
| Hartford Insurance Company (annual premium) | | | |
| Landscape Concepts (plant replacements) | $ 99.00 | | |
| City of Naperville (annual fire alarm monitoring) | | | |
| United States Fire Protections (Annual fire sprinkler inspection) | | | |
| Zano's Tenant Improvement Allowance (consideration to extend lease) | $ 20,000.00 | | |
| **Total Expenses** | $ 23,450.76 | $    - | $  47.06 |
| **Ending Cash** | $ 91,878.49 | $ 93,128.49 | $ 94,331.43 |

*Cash balances do not include mortgage escrow balances held by lender noted below:*

| | |
|---|---|
| Tax Escrow | $ 3,695.77 |
| Insurance Escrow | $ 4,760.99 |
| Tenant Improvement/Leasing Commission | $ 80,000.00 |
| Structural Reserve | $ 16,775.00 |