IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 10-20738
DIKA-LAKEVIEW, LLC, ) Chapter 11
an Illinois Limited Liability Company, ) Judge Wedoff
)
Debtor/Debtor-in-Possession. )

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 21st day of March, 2012 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, in the room usually occupied by him as courtroom 744 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the Motion For Entry of Final Decree, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you **so see** fit.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS )
)
COUNTY OF COOK )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list by first class mail, properly addressed, postage pre-paid, on the 7th day of March, 2012.

/s/David K. Welch

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn Street
Suite 873
Chicago, IL 60604

Thomas W. Goedert
Neal & Leroy LLC
203 N. LaSalle St., #2300
Chicago, IL 60601

Konstantinos Armiros
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606-3910

Jonathan P. Friedland
Levenfeld Pearlstein LLC
Two N. LaSalle St., Suite 1300
Chicago, IL 60602

Larry Kanar
471 White Oak Lane
Deerfield, IL 60015

Marshall Dickler
Dickler Kahn Slowikowski & Zavell
85 W. Algonquin Rd., Ste. 420
Arlington Heights, IL 60005

Advanced Health & Physicians
1767 W Ogden
Naperville, IL 60540

Asp Realty, Inc.
c/o Supervalue Inc.
PO Box 20
Boise, ID 83726

City of Naperville
400 S. Eagle St.
Naperville, IL 60540

Dennis Peterson Construction
16913 Swift Arrow Dr.
Lockport, IL 60441

Dickler Kahn Slowikowski &
Zavell Ltd., Attorneys & Counselors
85 W. Algonquin Rd., Ste. 420
Arlington Heights, IL

DuPage County Treasurer
421 North County Farm Rd.
Wheaton, IL 60187

Edgemark Asset Management LLC
2215 York Rd., Ste. 503
Oak Brook, IL 60523-4016

Fontanos Subs
1767 W Ogden
Naperville, IL 60540

Kessler Orlean Silver PC
1101 Lake Cook Road
Suite C
Deerfield, IL 60015

Lakeview Cleansers
1767 W Ogden
Naperville, IL 60540

Michael Lakota/ Richard Edwards
1767 W Ogden
Naperville, IL 60540

Miller Canfield Paddock & Stone PLC
225 W. Washington St.
Suite 2600
Chicago, IL 60606

Omni Commercial Services, Inc.
PO Box 224
Algonquin, IL 60102

One North Star
7345 N. Harlem Ave.
Niles, IL 60714

Post Net
1767 W Ogden
Naperville, IL 60540

Preston Construction
622 N. Rozanne Dr.
Addison, IL 60101

Sam Provenzano
c/o Zano
1767 W. Ogden
Naperville, IL 60540

Super Value
250 Park Center Blvd
Boise, ID 83726

Total Fire & Safety, Inc.
6808 Hobson Valley Dr., #105
Woodridge, IL 60517

Wells Fargo Bk. c/o CW Capital Mgt.
701 13th St. NW, Ste 1000
Attn: Geoffrey Wood
Washington, DC 20005

Zanos Hair Salon
1767 W Ogden
Naperville, IL 60540

Fontano's Subs
1767 W. Ogden
Naperville, IL 60540

Help U Sell
1767 W. Ogden
Naperville, IL 60540

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 10-20738
DIKA-LAKEVIEW, LLC, ) Chapter 11
an Illinois Limited Liability Company, ) Judge Wedoff
)
Debtor/Debtor-in-Possession. )

## MOTION FOR ENTRY OF FINAL DECREE

DIKA-LAKEVIEW, LLC, an Illinois limited liability company, Debtor herein, by and through its Attorneys, make its Motion for Entry of Final Decree; and in support thereof, state as follows:

1. On May 6, 2010, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On December 20, 2011, this Court entered an Order confirming the Third Amended Plan of Reorganization ("Plan") filed by the Debtor.

3. The Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. All approved administrative professional fees due and owing the various professionals have been allowed and paid. In addition, distributions to the holders of allowed claims in classes have commenced.

4. The Debtor requests the entry of a Final Decree pursuant to Rule 3022 of the Rules of Bankruptcy Procedure.

WHEREFORE, DIKA-LAKEVIEW, LLC, an Illinois limited liability company, Debtor herein, requests the entry of a Final Decree closing this Chapter 11 case and granting such other relief as may be just and appropriate.

Respectfully submitted,

DIKA-LAKEVIEW, LLC, an Illinois
limited liability company, Debtor


/s/David K. Welch
One of Its Attorneys

**COUNSEL TO DEBTOR:**
David K. Welch, Esq.
(Atty. No. 06183621)
Arthur G. Simon, Esq.
(Atty. No. 03124481)
Jeffrey C. Dan, Esq.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
P-312-641-6777
W:\GRACE\Dika-Lakeview CH11\Final Decree.MOT.wpd