UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-20738 |
| DIKA-LAKEVIEW, LLC, an Illinois limited liability company, | ) ) ) | Chapter: 11 |
| | ) | Honorable Eugene R. Wedoff |
| | ) ) | |
| Debtor(s) | ) | |

## FINAL DECREE

THIS MATTER coming to be heard upon the Motion of DIKA-LAKEVIEW, LLC, an Illinois limited liability company, Debtor herein, for Entry of Final Decree; proper notice of this Motion having been provided; no objections having been interposed; this Court having determined that the Debtor's Third Amended Plan of Reorganization has been substantially consummated; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS ORDERED that this Chapter 11 case is closed.

*The Debtor shall pay the $1300 balance to the U.S. Trustee regarding its quarterly fees.*

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: 2 1 MAR 2012

**Prepared by:**

DEBTORS' COUNSEL:
DAVID K. WELCH, ESQ.
(Atty. No. 06183621)
JEFFREY C. DAN, ESQ.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
Final Decree.ORD

Rev: 201100318_bko